**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AMANDA M. ALCALA, ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 12-0626 AJW |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and the case is **remanded** for an award of benefits consistent with the memorandum of decision.

April 15, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge